<div style="margin-left: auto; margin-right: auto;">

**United States District Court**
For the Northern District of California

</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD, | CASE NO. 5:13-cv-03131 EJD |
| Plaintiff(s), | **ORDER OF RECUSAL** |
| v. | |
| DEPARTMENT STORES NATIONAL BANK, et. al., | |
| Defendant(s). | |

I, the undersigned Judge of the court, finding myself disqualified from presiding over the above-entitled action, hereby recuse myself from this case and request that it be reassigned pursuant to the applicable provisions of this District's Assignment Plan.

**IT IS SO ORDERED.**

Dated: July 8, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-03131 EJD
ORDER OF RECUSAL