1 STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
2 MARCOS D. SASSO (State Bar No. 228905)
RAYMOND A. GARCIA (State Bar No. 279884)
3 2029 Century Park East
Los Angeles, CA 90067-3086
4 Telephone:  310-556-5800
Facsimile:  310-556-5959
5 Email:      *lacalendar@stroock.com*

6

7 Attorneys for Defendants
  DEPARTMENT STORES NATIONAL BANK and
8 CITIBANK, N.A, successor in interest to
  CITIBANK (SOUTH DAKOTA), N.A.

9

10 **UNITED STATES DISTRICT COURT**

11 **NORTHERN DISTRICT OF CALIFORNIA**

12 **SAN FRANCISCO**

13

14 FAREED SEPEHRY-FARD ) Case No. CV 13-03131 WHO
                     )
15        Plaintiff,    ) [Assigned to the Hon. William H. Orrick]
                     )
16    vs.              ) **NOTICE OF REQUEST FOR**
                     ) **TELEPHONIC APPEARANCE AND**
17 DEPARTMENT STORES NATIONAL BANK; ) **ORDER**
   CITIBANK SOUTH DAKOTA, N.A.;    )
18 MICHAEL S. HUNT; ANTHONY DIPIERO; ) **CASE MANAGEMENT**
   DONALD SHERRILL; PATRICIA M.    ) **CONFERENCE/MOTIONS TO DISMISS**
19 LUCAS; MARY ARAND; MARK H. PIERCE; )
   SANTA CLARA COUNTY COURT; LOS    ) Date:      October 9, 2013
20 ANGELES COUNTY SHERIFF; LARRY    ) Time:      2:00 p.m.
   STROWBRIDGE; AND JOHN AND JANE   ) Ctrm:      2, 17th Floor
21 DOES 1-199                       )
                                    ) Action Filed:  July 8, 2013
22        Defendants.               )
                                    )
23                                  )
                                    )
24 _____  )

25

26

27

28

LA 51685765

1    Defendants Department Stores National Bank and Citibank, N.A., successor in interest to

2  Citibank (South Dakota), N.A. (collectively "Defendants"), hereby request permission for Marcos

3  D. Sasso, counsel for Defendants, to appear telephonically at the Case Management Conference

4  and Motions to Dismiss set for October 9, 2013 at 2:00 p.m. in Courtroom 2.  Counsel for

5  Defendants reside in Los Angeles, California and permission to appear telephonically would reduce

6  the burden and expense on counsel by eliminating the need to travel to and from San Francisco,

7  California.

8

9  Dated:  October 2, 2013                         Respectfully submitted,

                                                   STROOCK & STROOCK & LAVAN LLP
10                                                 JULIA B. STRICKLAND
                                                   MARCOS D. SASSO
11                                                 RAYMOND A. GARCIA

12

13                                                 By:        */s/ Marcos D. Sasso*
                                                             Marcos D. Sasso
14
                                                   Attorneys for Defendants
15                                                     DEPARTMENT STORES NATIONAL
                                                       BANK and CITIBANK, N.A, successor in
16                                                     interest to CITIBANK (SOUTH DAKOTA),
                                                       N.A.
17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

LA 51685765

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1

2

3

4

5

6

7

8

9

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ORDER

**PURSUANT TO REQUEST TO APPEAR TELEPHONICALLY, IT IS SO**

**ORDERED. Counsel shall contact Courtroom Deputy, Jean Davis, to make arrangements for**

**telephonic appearance.**



Dated:  October 3, 2013

_____

Honorable William H. Orrick
United States District Court Judge

- 2 -

NOTICE OF REQUEST FOR TELEPHONIC
APPEARANCE AND ORDER
Case No. CV 13-03131 WHO

LA 51685765

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 2, 2013, a copy of the foregoing **NOTICE OF REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.


                                          */s/ Marcos D. Sasso*
                                          Marcos D. Sasso

LA 51685765

NOTICE OF REQUEST FOR TELEPHONIC
APPEARANCE AND ORDER
Case No. CV 13-03131 WHO