1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  MARCOS D. SASSO (State Bar No. 228905)
   RAYMOND A. GARCIA (State Bar No. 279884)
3  2029 Century Park East
   Los Angeles, CA 90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  Email:     *lacalendar@stroock.com*

6

7  Attorneys for Defendants
     DEPARTMENT STORES NATIONAL BANK and
8    CITIBANK, N.A, successor in interest to
     CITIBANK (SOUTH DAKOTA), N.A.
9

10 **UNITED STATES DISTRICT COURT**

11 **NORTHERN DISTRICT OF CALIFORNIA**

12 **SAN FRANCISCO**

13

14 FAREED SEPEHRY-FARD,    ) Case No. CV 13-03131 WHO
                           )
15         Plaintiff,      ) [Assigned to the Hon. William H. Orrick]
                           )
16     vs.                 ) **NOTICE OF REQUEST FOR**
                           ) **TELEPHONIC APPEARANCE AND**
17 DEPARTMENT STORES NATIONAL BANK; ) **ORDER**
   CITIBANK SOUTH DAKOTA, N.A.;    )
18 MICHAEL S. HUNT; ANTHONY DIPIERO;) **CASE MANAGEMENT**
   DONALD SHERRILL; PATRICIA M.    ) **CONFERENCE/MOTIONS TO DISMISS**
19 LUCAS; MARY ARAND; MARK H. PIERCE;)
   SANTA CLARA COUNTY COURT; LOS   ) Date:    October 9, 2013
20 ANGELES COUNTY SHERIFF; LARRY    ) Time:    2:00 p.m.
   STROWBRIDGE; AND JOHN AND JANE   ) Ctrm:    2, 17th Floor
21 DOES 1-199                       )
                                    ) Action Filed: July 8, 2013
22         Defendants.              )
                                    )
23                                  )
                                    )
24 _____  )

25

26

27

28

NOTICE OF REQUEST FOR TELEPHONIC
APPEARANCE AND ORDER
Case No. CV 13-03131 WHO

LA 51685765

1  Defendants Department Stores National Bank and Citibank, N.A., successor in interest to
2  Citibank (South Dakota), N.A. (collectively "Defendants"), hereby request permission for Marcos
3  D. Sasso, counsel for Defendants, to appear telephonically at the Case Management Conference
4  and Motions to Dismiss set for October 9, 2013 at 2:00 p.m. in Courtroom 2.  Counsel for
5  Defendants reside in Los Angeles, California and permission to appear telephonically would reduce
6  the burden and expense on counsel by eliminating the need to travel to and from San Francisco,
7  California.

Dated:  October 2, 2013

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
RAYMOND A. GARCIA


By: _____*/s/ Marcos D. Sasso*_____
              Marcos D. Sasso

Attorneys for Defendants
    DEPARTMENT STORES NATIONAL
    BANK and CITIBANK, N.A, successor in
    interest to CITIBANK (SOUTH DAKOTA),
    N.A.

- 1 -

NOTICE OF REQUEST FOR TELEPHONIC
APPEARANCE AND ORDER
Case No. CV 13-03131 WHO

LA 51685765

# ORDER

**PURSUANT TO REQUEST TO APPEAR TELEPHONICALLY, IT IS SO ORDERED. Counsel shall contact Courtroom Deputy, Jean Davis, to make arrangements for telephonic appearance.**

Dated:  October 3, 2013



Honorable William H. Orrick
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2013, a copy of the foregoing **NOTICE OF REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Marcos D. Sasso*
Marcos D. Sasso

LA 51685765