1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  MARCOS D. SASSO (State Bar No. 228905)
   RAYMOND A. GARCIA (State Bar No. 279884)
3  2029 Century Park East
   Los Angeles, CA 90067-3086
4  Telephone:  310-556-5800
   Facsimile:   310-556-5959
5  Email:       *lacalendar@stroock.com*

6

7  Attorneys for Defendants
     DEPARTMENT STORES NATIONAL BANK and
8    CITIBANK, N.A, successor in interest to
     CITIBANK (SOUTH DAKOTA), N.A.
9

10 **UNITED STATES DISTRICT COURT**

11 **NORTHERN DISTRICT OF CALIFORNIA**

12 **SAN FRANCISCO**

13 FAREED SEPEHRY-FARD ) Case No. CV 13-03131 WHO
                       )
14         Plaintiff,   ) [Assigned to the Hon. William H. Orrick]
                       )
15    vs.              ) **NOTICE OF REQUEST FOR**
                       ) **TELEPHONIC APPEARANCE BY**
16 DEPARTMENT STORES NATIONAL BANK; ) **DEFENDANTS DEPARTMENT STORES**
   CITIBANK SOUTH DAKOTA, N.A.;     ) **NATIONAL BANK AND CITIBANK, N.A.,**
17 MICHAEL S. HUNT; ANTHONY DIPIERO; ) **AND ORDER**
   DONALD SHERRILL; PATRICIA M.     )
18 LUCAS; MARY ARAND; MARK H. PIERCE;)
   SANTA CLARA COUNTY COURT; LOS    ) Hearing
19 ANGELES COUNTY SHERIFF; LARRY     ) Date:  December 11, 2013
   STROWBRIDGE; AND JOHN AND JANE   ) Time:  2:00 p.m.
20 DOES 1-199                       ) Ctrm:  2, 17th Floor
                                    )
21         Defendants.              ) Action Filed: July 8, 2013
                                    )
22                                  )
                                    )
23                                  )
                                    )
24

25

26

27

28

NOTICE OF REQUEST FOR TELEPHONIC APPEARANCE
AND ORDER
Case No. CV 13-03131 WHO

LA 51700858

1  Defendants Department Stores National Bank and Citibank N.A., successor in interest to
2  Citibank (South Dakota), N.A. (together "Defendants"), hereby request permission for attorney
3  Marcos D. Sasso to appear telephonically at the hearing on the Motion to Dismiss Plaintiff's
4  Amended Complaint, set for December 11, 2013, at 2:00 p.m., in Courtroom 2 of the United States
5  District Court, Northern District of California.

6  Counsel for Defendants resides in Los Angeles, California, and permission to appear
7  telephonically would reduce the burden and expense on counsel by eliminating the need to travel to
8  and from San Francisco, California.

Dated:  November 22, 2013

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
RAYMOND A. GARCIA

By:   */s/ Marcos D. Sasso*
      Marcos D. Sasso

Attorneys for Defendants
  Department Stores National Bank and
  Citibank, N.A.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 1 -
NOTICE OF REQUEST FOR TELEPHONIC APPEARANCE
AND ORDER
Case No. CV 13-03131 WHO

LA 51700858

**ORDER**

Pursuant to the request for telephonic appearance, IT IS SO ORDERED.

Dated:  November 22, 2013

_____
Hon. William H. Orrick
United States District Judge