STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
RAYMOND A. GARCIA (State Bar No. 279884)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:  310-556-5800
Facsimile:   310-556-5959
Email:        *lacalendar@stroock.com*

Attorneys for Defendants
   DEPARTMENT STORES NATIONAL BANK and
   CITIBANK, N.A, successor in interest to
   CITIBANK (SOUTH DAKOTA), N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| FAREED SEPEHRY-FARD | Case No. CV 13-03131 WHO |
| Plaintiff, | [Assigned to the Hon. William H. Orrick] |
| vs. | **NOTICE OF REQUEST FOR TELEPHONIC APPEARANCE BY DEFENDANTS DEPARTMENT STORES NATIONAL BANK AND CITIBANK, N.A., AND ORDER** |
| DEPARTMENT STORES NATIONAL BANK; CITIBANK SOUTH DAKOTA, N.A.; MICHAEL S. HUNT; ANTHONY DIPIERO; DONALD SHERRILL; PATRICIA M. LUCAS; MARY ARAND; MARK H. PIERCE; SANTA CLARA COUNTY COURT; LOS ANGELES COUNTY SHERIFF; LARRY STROWBRIDGE; AND JOHN AND JANE DOES 1-199 | Hearing<br>Date:   December 11, 2013<br>Time:   2:00 p.m.<br>Ctrm:   2, 17th Floor |
| Defendants. | Action Filed: July 8, 2013 |

1   Defendants Department Stores National Bank and Citibank N.A., successor in interest to
2   Citibank (South Dakota), N.A. (together "Defendants"), hereby request permission for attorney
3   Marcos D. Sasso to appear telephonically at the hearing on the Motion to Dismiss Plaintiff's
4   Amended Complaint, set for December 11, 2013, at 2:00 p.m., in Courtroom 2 of the United States
5   District Court, Northern District of California.

6   Counsel for Defendants resides in Los Angeles, California, and permission to appear
7   telephonically would reduce the burden and expense on counsel by eliminating the need to travel to
8   and from San Francisco, California.

9   Dated:  November 22, 2013

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
RAYMOND A. GARCIA

By: _____*/s/ Marcos D. Sasso*_____
  Marcos D. Sasso

Attorneys for Defendants
  Department Stores National Bank and
  Citibank, N.A.

- 1 -
NOTICE OF REQUEST FOR TELEPHONIC APPEARANCE
AND ORDER
Case No. CV 13-03131 WHO

LA 51700858

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**ORDER**

Pursuant to the request for telephonic appearance, IT IS SO ORDERED.

Dated:  November 22, 2013              _____
                                       Hon. William H. Orrick
                                       United States District Judge