| | |
|---|---|
| 1 | Henry Patrick Nelson, CSB #32249 |
| | Amber A. Logan, CSB #166395 |
| 2 | Rina M. Mathevosian, CSB #251423 |
| 3 | *Nelson & Fulton* |
| | Equitable Plaza, Suite 2800 |
| 4 | 3435 Wilshire Boulevard |
| | Los Angeles, CA 90010-2014 |
| 5 | Tel. (213)365-2703 / Fax (213)365-9130 |
| | nelson-fulton@nelson-fulton.com |

Attorneys for Defendant,
Sheriff Leroy Baca

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FAREED SEPEHRY-FARD, | ) | CASE NO. CV 13-03131 WHO |
| | ) | |
| Plaintiff, | ) | **NOTICE OF REQUEST FOR** |
| | ) | **TELEPHONIC APPEARANCE AND** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| | ) | SHERIFF BACA'S MOTION TO DISMISS |
| DEPARTMENT STORES | ) | PLAINTIFF'S FIRST AMENDED |
| NATIONAL BANK, et al., | ) | COMPLAINT OR IN THE ALTERNATIVE |
| | ) | MOTION FOR A MORE DEFINITE |
| Defendants. | ) | STATEMENT |
| | ) | |
| | ) | Date:  December 11, 2013 |
| | ) | Time:  2:00 p.m. |
| | ) | Place: Courtroom 2 |
| | ) | Judge: Hon. William H. Orrick |
| | ) | |

Defendant, SHERIFF LEROY BACA, hereby requests permission for attorney Amber A. Logan, counsel for Defendant, to appear telephonically at the Motion to Dismiss Plaintiff's First Amended Complaint set for December 11, 2013, at 2:00 p.m. in Courtroom 2 of the United States District Court, Northern District.

////

////

1       Counsel for Defendant resides in Los Angeles, California and permission to appear telephonically would reduce the burden and expense on counsel by eliminating the need to travel to and from San Francisco, California.

DATED: November 19, 2013        NELSON & FULTON

By: <u>s / Amber A. Logan</u>
     HENRY PATRICK NELSON
     AMBER A. LOGAN
     Attorneys for Defendant,
     Sheriff Leroy Baca

**ORDER**

PURSUANT TO THE REQUEST FOR TELEPHONIC APPEARANCE, IT IS SO ORDERED.

DATED: November 22, 2013

_____
HON. WILLIAM H. ORRICK
United States District Judge